IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NELSON ALEXANDER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0290

Opinion filed February 14, 2017.

An appeal from an order of the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Michael Ufferman, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

As in Cannon v. State, 2016 WL 7324175 (Fla. 1st DCA Dec. 16, 2016), we reverse and remand for the trial court to address the motion pursuant to rule 3.850.

REVERSED AND REMANDED.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., CONCUR.